UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| XAVIER MACK, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| vs. ) | Case No. 2:13-cv-02263-HGD |
| ) | |
| COLOR WORKS PAINTING ) | |
| COMPANY, LLC, et al., ) | |
| ) | |
| Defendants ) | |

## JUDGMENT

This action came for trial before the court and a jury, Honorable Harwell G. Davis, III, presiding. The issues having been tried and the jury having rendered its verdict,

It is ORDERED, ADJUDGED and DECREED that plaintiff, Xavier Mack, recover of defendant, Color Works Painting Company, LLC, $13,520.00 (Thirteen Thousand Five Hundred Twenty and no/100 Dollars), with post-judgment interest at the rate of .54% per annum as provided by law, together with his costs of this action.

DONE this 27th day of April, 2016.

HARWELL G. DAVIS, III
UNITED STATES MAGISTRATE JUDGE