FILED
2016 Apr-27 PM 03:42
U.S. DISTRICT COURT
N.D. OF ALABAMA



UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| XAVIER MACK, | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| vs. | ) Case No. 2:13-cv-02263-HGD |
| | ) |
| COLORWORKS PAINTING | ) |
| COMPANY, LLC, et al., | ) |
| | ) |
| Defendants | ) |

### SPECIAL INTERROGATORIES TO THE JURY

**Do you find from a preponderance of the evidence:**

i) That Color Works Painting Company, LLC, laid off or discharged Xavier Mack from employment?

Answer Yes or No  __YES__

If your answer is "Yes" or "No," go to the next question.

ii) That Eric Burchfield laid off or discharged Xavier Mack from employment?

Answer Yes or No __YES__

If your answer is "No" to Questions 1 and 2, this ends your deliberations, and your foreperson should sign and date the last page of this verdict form. If your answer is "Yes" to Question 1 or 2, go to the next question.

**iii)** If you found that Colorworks Painting Company, LLC, laid off or discharged Xavier Mack from employment, that Xavier Mack's race was a motivating factor that prompted Color Works Painting Company, LLC, to take that action?

Answer Yes or No __YES__

If your answer is "Yes" or "No," go to the next question.

**iv)** If you found that Eric Burchfield laid off or discharged Xavier Mack from employment, that Xavier Mack's race was a motivating factor that prompted Eric Burchfield to take that action?

Answer Yes or No __YES__

If your answer is "No," to Questions 3 and 4, this ends your deliberations, and your foreperson should sign and date the last page of this verdict form. If your answer is "Yes" to Question 3 or 4, go to the next question.

**v)** If you found that Colorworks Painting Company, LLC, laid off or discharged Xavier Mack from employment, that Color Works Painting Company, LLC, would have laid off or discharged plaintiff even if Color Works Painting Company, LLC, had not taken Mr. Mack's race into account?

Answer Yes or No __NO__

If your answer is "Yes" or "No," go to the next question.

**vi)** If you found that Eric Burchfield laid off or discharged Xavier Mack from employment, that Eric Burchfield would have laid off or discharged plaintiff even if Eric Burchfield had not taken Mr. Mack's race into account?

Answer Yes or No __NO__

If your answer is "Yes" to Questions 5 and 6, this ends your deliberations, and your foreperson should sign and date the last page of this verdict form. If your answer is "No," go to the next question.

**vii)** That Xavier Mack should be awarded damages against either Color Works Painting, LLC, or Eric Burchfield to compensate for a net loss of wages and benefits to the date of your verdict?

Answer Yes or No as to Color Works Painting Company, LLC __YES__

Answer Yes or No as to Eric Burchfield __NO__

If your answer is "Yes" as to either or both defendants, in what amount? $ __13,520.00__

**viii)** That Xavier Mack should be awarded damages to compensate for emotional pain and mental anguish?   __NO__

Answer Yes or No as to Colorworks Painting Company, LLC ~~~~

Answer Yes or No as to Eric Burchfield ~~~~ __NO__

If your answer is "Yes" as to either or both defendants, in what amount? $ __—0—__

If you did not award damages in response to either Question Nos. 7 or 8, this will end your deliberations, and your foreperson should go to the end of this verdict form to sign and date it. If you awarded damages in response to Question Nos. 7 or 8 (or both), go to the next question.

**ix)** That punitive damages should be assessed against Color Works Painting Company, LLC, or Eric Burchfield?

Answer Yes or No as to Colorworks Painting Company, LLC __NO__

Answer Yes or No as to Eric Burchfield __NO__

If your answer is "Yes" as to either or both defendants, in what amount?   $ __-0-__

SO SAY WE ALL.

DATE: __4-26-16__                    Foreperson's Signature